**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GRISELDA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 3:25-cv-06321-AGT<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S ADMINISTRATIVE MOTION TO RELATE CASES<br><br>Judge: Hon. Alex G. Tse |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC,<br><br>Defendants. | Case No. 3:25-cv-06325-PHK<br><br>Judge: Hon. Peter H. Kang-PHK |

| | |
|---|---|
| JANE DOE II, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-06336-JCS |
| Plaintiff, | |
| v. | Judge: Hon. Joseph C. Spero |
| TEA DATING ADVICE, INC. | |
| Defendant. | |
| JANE DOE, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-06363-SK |
| Plaintiff, | |
| v. | Judge: Hon. Sallie Kim |
| TEA DATING ADVICE, INC. | |
| Defendant. | |
| CELESTE JONES, on behalf of herself and all similarly situated individuals, | Case No. 4:25-cv-06376-KAW |
| Plaintiff, | |
| v. | Judge: Hon. Kandis A. Westmore |
| TEA DATING ADVICE, INC. | |
| Defendant. | |
| JARELL BROWN, on behalf of herself and all similarly situated individuals, | Case No. 3:25-cv-06445-SK |
| Plaintiff, | |
| v. | Judge: Hon. Sallie Kim |
| TEA DATING ADVICE, INC. | |
| Defendant. | |

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-06457-JCS |
| Plaintiff, | |
| v. | Judge: Hon. Joseph C. Spero |
| TEA DATING ADVICE, INC. | |
| Defendant. | |

This matter comes before the Court on Plaintiff Jane Doe's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civ. L. R. 3-12 and 7-11.

The Court, having considered Plaintiff Jane Doe's motion to relate *Brown v. Tea Dating Advice, Inc.,* No. 3:25-cv-06445-SK ("*Brown*") and *Doe v. Tea Dating Advice, Inc., et al.*, No. 3:25-cv-06457-JCS ("*Doe IV*") to the instant action *Reyes v. Tea Dating*, No. 3:25-cv-06325-AGT and good cause appearing, hereby GRANTS the motion.

These Actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges. Accordingly, the *Brown* and *Doe IV* matters are hereby related and reassigned to the undersigned judge.

Dated:   August 6, 2025

Hon. Alex G. Tse
UNITED STATES MAGISTRATE JUDGE