Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Deborah De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
Alyssa D. Brown (SBN 301313)
abrown@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Counsel for Plaintiff and the Putative Class in*
*Doe v. Tea Dating Advice, Inc., et al., No. 3:25-cv-06325-WHO*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GRISELDA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 3:25-cv-06321-WHO<br><br>**PLAINTIFF JANE DOE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12 AND 7-11**<br><br>Judge: Hon. William H. Orrick |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC,<br><br>Defendants. | Case No. 3:25-cv-06325-WHO<br><br>Judge: Hon. William H. Orrick |

| | |
|---|---|
| JANE DOE II, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>TEA DATING ADVICE, INC.<br>Defendant. | Case No. 3:25-cv-06336-WHO<br>Judge: Hon. William H. Orrick |
| JANE DOE, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>TEA DATING ADVICE, INC.<br>Defendant. | Case No. 3:25-cv-06363-WHO<br>Judge: Hon. William H. Orrick |
| CELESTE JONES, on behalf of herself and all similarly situated individuals,<br>Plaintiff,<br>v.<br>TEA DATING ADVICE, INC.<br>Defendant. | Case No. 3:25-cv-06376-WHO<br>Judge: Hon. William H. Orrick |
| JARELL BROWN, on behalf of herself and all similarly situated individuals,<br>Plaintiff,<br>v.<br>TEA DATING ADVICE, INC.<br>Defendant. | Case No. 3:25-cv-06445-WHO<br>Judge: Hon. William H. Orrick |

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 3:25-cv-06457-WHO<br><br>Judge: Hon. William H. Orrick |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 3:25-cv-06559-TSH<br><br>Judge: Hon. Thomas S. Hixson |
| SHERI TUCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 3:25-cv-06669-VC<br><br>Judge: Hon. Vince Chhabria |
| CHARLOTTE VARGAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 3:25-cv-06691-AGT<br><br>Judge: Hon. Alex G. Tse |

| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 3:25-cv-06722<br><br>Judge: Unassigned |
|---|---|

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 3-12 and Rule 7-11 of the Civil Local Rules, Plaintiff Jane Doe ("Plaintiff Doe I"), the named Plaintiff in *Doe v. Tea Dating Advice, Inc., et al*., No. 3:25-cv-6325-WHO ("*Doe I*"), moves the Court to consider whether the action below should be related to the instant action, *Reyes v. Tea Dating Advice, Inc*., No. 3:25-cv-06321-WHO ("*Reyes*") as follows:

## I. THE TITLE AND CASE NUMBER OF EACH PROPOSED RELATED CASE

On August 8, 2025, Plaintiff Jane Doe ("Plaintiff Doe VI") filed her complaint captioned *Doe v. Tea Dating Advice, Inc*., No. 3:25-cv-06722 ("*Doe VI*"). *See* **Exhibit 1** to the Declaration of Tina Wolfson filed herewith. Plaintiff Doe I now moves this Court to consider whether the later-filed action *Doe VI* should be related to this action and assigned to this Court.

## II. BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS

Civil Local Rule 3-12(a) provides for actions to be related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different [j]udges."

The *Doe VI* action should be related to the instant *Reyes* action because it: (a) asserts the same claims against the same Defendant, Tea Dating Advice, Inc.; (b) arises from the same underlying event, i.e., a data breach which resulted in the exposure and dissemination of sensitive personal information; and (c) will result in duplicative motions and discovery if it proceeds independently because the complaint raises the same questions of fact and law.

The *Doe VI* action is in the earliest stages and no rulings have yet been made. Both the *Reyes* and *Doe VI* actions assert that a data breach occurred that compromised Plaintiffs' and Class Members' PII. Both actions assert claims for negligence as well as various other common law and statutory claims arising from Defendant's alleged failure to take reasonable measures to protect the PII of Plaintiffs and members of the proposed class, and seek the same relief including damages, injunctive and equitable relief, declaratory relief, interest, and attorneys' fees and costs. Thus, both criteria of Civ. L.R. 3-12(a) are satisfied such that consolidation before a single judge will conserve the parties' resources and

judicial resources and will avoid "unduly burdensome duplication of labor and expense or conflicting results." Civ. L.R. 3-12(a)(2).

## III. CONCLUSION

In light of the nearly identical facts and claims alleged in Plaintiff Doe VI's complaint, the *Doe VI* action should be related to the *Reyes* action and assigned to this Court.

Dated: August 9, 2025

Respectfully submitted,

*/s/ Tina Wolfson*

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Deborah De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
Alyssa D. Brown (SBN 301313)
abrown@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Counsel for Plaintiff and the Putative Class in Doe v. Tea Dating Advice, Inc., et al., No. 3:25-cv-06325-WHO*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2025, I caused the foregoing document, the supporting declaration and the proposed order to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

I also certify that I caused the foregoing document, the supporting declaration and the proposed order to be served on all counsel of record in related actions via electronic mail, including counsel for defendant Tea Dating Advice, Inc.:

Bethany Gayle Lukitsch
Kamran Benjamin Ahmadian
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
blukitsch@bakerlaw.com
kahmadian@bakerlaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of August 2025.

*<u>/s/ Tina Wolfson</u>*
Tina Wolfson