Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
Eileen Ahern (Bar No. 216822)
eahern@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant X Corp. in *Doe v. Tea Dating Advice, Inc., et al.,* No. 3:25-cv-06325-WHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA REYES, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>Defendant. | Case No.: 3:25-cv-06321-AGT (lead case)<br>Assigned to the Hon. William H. Orrick<br><br>Hon. William H. Orrick<br><br>**DECLARATION OF KENNETH M. TRUJILLO-JAMISON IN SUPPORT OF DEFENDANT X CORP.'S RESPONSE TO PLAINTIFF JANE DOE'S MOTION TO CONSOLIDATE CASES**<br><br>Date: September 17, 2025<br>Time: 2:00 p.m. |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC,<br><br>Defendants. | Case No.: 3:25-cv-06325-AGT |

| | |
|---|---|
| JANE DOE II, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No.: 3:25-cv-06336-AGT |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>Defendant. | Case No.: 3:25-cv-06363-AGT |
| CELESTE JONES, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>Defendant. | Case No.: 3:25-cv-06376-AGT |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>Defendant. | Case No.: 3:25-cv-06433-AGT |

| | |
|---|---|
| JARELL BROWN, on behalf of herself and all similarly situated individuals,<br><br>　　Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>　　Defendant. | Case No.: 3:25-cv-06445-AGT |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>　　Defendant. | Case No.: 3:25-cv-06457-AGT |
| KRISTI STEVENS, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>　　Defendant. | Case No.: 3:25-cv-06538-AGT |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC.,<br><br>　　Defendant. | Case No.: 3:25-cv-06559-AGT |

I, Kenneth M. Trujillo-Jamison, declare as follows:

1. I am an attorney at the law firm Willenken LLP, counsel of record for Defendant X Corp. ("X") in the above-captioned case.

2. I make this declaration in support of Defendant X Corp.'s Response to Plaintiff Jane Doe's Motion to Consolidate Cases (ECF No. 18).

3. **Exhibit A** is a true and correct copy of the X terms of service effective November 15, 2024, *available at* https://x.com/en/tos (last visited August 20, 2025).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 20, 2025         /s/ *Kenneth M. Trujillo-Jamison*
                                                            Kenneth M. Trujillo-Jamison