Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>Case No. 3:25-cv-06325, Doe | Case No. 3:25-cv-06321-WHO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) OF CLAIMS AGAINST DEFENDANT 4CHAN COMMUNITY SUPPORT, LLC** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe, by and through undersigned counsel of record, hereby voluntarily dismisses her individual claims against defendant 4Chan Community Support, LLC ("4Chan"), in their entirety, without prejudice.

Plaintiff's claims against 4Chan were filed in *Doe v. Tea Dating Advice, Inc., et, al*, Case No. 3:25-cv-06325, which is now part of the above-captioned Consolidated Action, pursuant to the Court's September 9, 2025, order.

For clarity, Plaintiff's claims against defendants Tea Dating Advice, Inc. and X. Corp. are <u>not</u> being dismissed by this notice.

Dismissal of Plaintiff Doe's individual claims is proper via notice because 4Chan has not yet served its answer or a motion for summary judgment.

Dated: September 11, 2025				Respectfully submitted,

*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Counsel for Plaintiff and the Proposed Class*