John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
280 S. Beverly Drive-Penthouse Suite Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

J. Gerard Stranch, IV*
Emily E. Schiller*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
eschiller@stranchlaw.com
gwells@stranchlaw.com

*Counsel for Plaintiff Jane Doe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 3:25-cv-06321-WHO<br><br>Judge: Hon. William H. Orrick<br>Courtroom 2<br>Date: October 8, 2025<br>Time: 2:00 PM |

## NOTICE OF SUPPORT FOR THE APPOINTMENT OF ANDERSON BERRY AND SCOTT COLE AS INTERIM CO-LEAD CLASS COUNSEL

The undersigned filed cases on behalf of two Jane Doe Plaintiffs, originally filed as case numbers 3:25-cv-06464 and 3:25-cv-06433. Both Jane Doe Plaintiffs and their undersigned counsel support the appointment of Anderson Berry and Scott Cole to serve as interim co-lead class counsel. *See* Dkt. 44. Both Stranch, Jennings & Garvey, PLLC ("SJG") and Milberg Coleman Bryson Phillips Grossman ("Milberg") are highly qualified in data breach litigation and have

separately litigated hundreds of such matters to successful conclusion. Nonetheless, both firms support the appointment of Anderson Berry and Scott Cole, two California attorneys with whom the undersigned have worked with on numerous occasions and are well qualified to serve the class here again.

Mr. Anderson and Mr. Cole have both settled countless high-profile data breach class actions. Both have significant experience in California-specific data breach actions, and both are based in California. Both SJG and Milberg know Mr. Anderson and Mr. Cole's qualifications and abilities well and strongly support their appointment. Indeed, both proposed co-leads are highly qualified, as their application establishes, and their appointment will undoubtedly serve the best interests of the Class.

Dated: September 23, 2025            Respectfully submitted,

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
280 S. Beverly Drive-Penthouse Suite Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

J. Gerard Stranch, IV*
Emily E. Schiller*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
eschiller@stranchlaw.com
gwells@stranchlaw.com

*\* Pro Hac Vice Application Forthcoming*

**Counsel for Plaintiff Jane Doe**