1  Tina Wolfson (SBN 174806)
   *twolfson@ahdootwolfson.com*
2  Theodore W. Maya (SBN 223242)
   *tmaya@ahdootwolfson.com*
3  Deborah De Villa (SBN 312564)
   *ddevilla@ahdootwolfson.com*
4  Alyssa D. Brown (SBN 301313)
   *abrown@ahdootwolfson.com*
5  **AHDOOT & WOLFSON, PC**
6  2600 W. Olive Avenue, Suite 500
   Burbank, CA 91505
7  Telephone: (310) 474-9111
8  Facsimile:  (310) 474-8585

9  Melissa Clark (*pro hac vice to be filed*)
   *mclark@ahdootwolfson.com*
10 **AHDOOT & WOLFSON, PC**
   521 5th Avenue, 17th Floor
11 New York, NY 10175
12 Telephone: (917) 336-0171
   Facsimile: (917) 336-0177
13
   *Counsel for Plaintiff and the Proposed Class*
14

15                  **UNITED STATES DISTRICT COURT**
16                 **NORTHERN DISTRICT OF CALIFORNIA**
17                      **SAN FRANCISCO DIVISION**
18

| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 3:25-cv-06321-WHO<br><br>**DECLARATION IN SUPPORT OF APPLICATION TO APPOINT TINA WOLFSON AS INTERIM LEAD COUNSEL**<br><br>Judge:  Hon. William H. Orrick<br>Ctrm:   2<br>Date:   October 8, 2025<br>Time:   2:00 PM |
|---|---|

DECLARATION IN SUPPORT OF APPLICATION TO APPOINT TINA WOLFSON AS
INTERIM LEAD COUNSEL

1. I, Tina Wolfson, am an attorney licensed in the State of California and in this District. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am a Founding Partner of Ahdoot & Wolfson, PC, and the lead attorney for the plaintiff in *Doe v. Tea Dating Advice, Inc., et al.* (Case No. 3:25-cv-06325). I submit this declaration in support of Plaintiff Jane Doe's Response in Further Support of Application to Appoint Tina Wolfson as Interim Lead Counsel.

3. Prior to filing Jane Doe's motion for consolidation, and after understanding that defendant X would oppose consolidation, my team circulated a draft consolidation motion to Scott Cole, Anderson Berry, John Yanchunis, and other plaintiffs' counsel, on August 1, 2025, inviting their edits and feedback; the other applicants for lead counsel did not respond.

4. I, along with my team, invited all counsel to join a call on August 6, 2025, to discuss consolidation and other organizational matters; the other applicants for lead counsel did not attend. All those in attendance agreed that consolidation was appropriate and they had no edits to the motion.

5. Shortly after that call, my team again circulated the draft motion, noting that it would be filed within the hour, unless others needed more time to review.

6. Mr. Berry requested more time to review the motion, and my team held the motion at his request. Only later that day did Mr. Berry respond that he "just spoke to defense counsel" (for Tea) about a stipulation. I reminded him of the other, non-stipulating defendants, and my team filed the motion.

7. On September 18, I spoke to Jeff Ostrow, plaintiffs' counsel in Case No. 3:25-cv-06445, who informed me that he is "neutral" on the appointment of lead counsel.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on September 23, 2025, in Burbank, California.

*/s/ Tina Wolfson*
Tina Wolfson

DECLARATION IN SUPPORT OF APPLICATION TO APPOINT TINA WOLFSON AS INTERIM LEAD COUNSEL