| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>Bethany G. Lukitsch (SBN 314376)<br>Kamran B. Ahmadian (SBN 314566)<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067<br>Telephone:  (310) 820-8800<br>Facsimile:  (310) 820-8859<br>Email: *blukitsch@bakerlaw.com*<br>*kahmadian@bakerlaw.com*<br><br>Cameron S. Friedman (SBN 336087)<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201<br>Email: *cfriedman@bakerlaw.com*<br><br>*Attorneys for Defendant*<br>TEA DATING ADVICE, INC. | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>Theodore W. Maya (SBN 223242)<br>Deborah De Villa (SBN 312564)<br>Alyssa D. Brown (SBN 301313)<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone: (310) 474-9111<br>Fax: (310) 474-8585<br>Email: *twolfson@ahdootwolfson.com*<br>*tmaya@ahdootwolfson.com*<br>*ddevilla@ahdootwolfson.com*<br>*abrown@ahdootwolfson.com*<br><br><br>*Attorneys for* Doe Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to: Case No. 3:25-cv-6325 | CASE NO.: 3:25-cv-06321-WHO<br><br>Hon. Judge William H. Orrick<br><br>**STIPULATION EXTENDING DEFENDANT TEA DATING ADVICE, INC.'S TIME TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT [DKT NO. 49]; AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-1(a) of the United States district Court for the Northern District of California, Plaintiffs Jane Doe 1 through Jane Doe 20 ("Plaintiffs") and Defendant Tea Dating Advice Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiffs filed an initial Class Action Complaint (the "Complaint") against Defendant on July 28, 2025 [Dkt. No. 1];

**WHEREAS**, on August 19, 2025, the parties filed a Stipulation to Extend Defendant's Time to Respond to the Complaint wherein the Parties agreed to extend the time for Defendant to answer or otherwise respond to the Complaint to thirty (30) days "after the filing of a consolidated complaint in the consolidated action, or, if the Court denies the Motion to Consolidate, 30 days after that order [Dkt. No. 26];

**WHEREAS,** on September 9, 2025, the Court granted Plaintiff Jane Doe's Motion to Consolidate [Dkt. No. 42];

**WHEREAS**, on September 23, 2025, Plaintiffs filed an amended complaint ("FAC") in *Doe v. Tea Dating Advice, Inc.*, et al., Case No. 3:25-cv-06325-WHO;

**WHEREAS**, the Parties anticipate that, on or soon after October 8, 2025, the Court will appoint interim lead counsel and interim lead counsel will file a consolidated complaint that will become the operative complaint;

**WHEREAS**, given the filing of the FAC, the parties wish to reaffirm their prior stipulated extension to prevent the wasting of judicial resources through duplicative filings;

**WHEREAS**, the Parties agree that Defendant's deadline to answer or respond to the FAC is extended to thirty (30) days after the filing of a consolidated amended complaint in this action;

**WHEREAS**, the stipulated change will not alter the date of any event or deadline already fixed by Court order; and

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that the deadline for Defendant to answer or otherwise respond to the FAC is extended to thirty (30) days after the filing of a consolidated amended complaint in this action.

Dated:   October 7, 2025                    Respectfully submitted,

By:   */s/ Alyssa D. Brown*
      Tina Wolfson (SBN 174806)
      Theodore W. Maya (SBN 223242)
      Deborah De Villa (SBN 312564)
      Alyssa D. Brown (SBN 301313)
      **AHDOOT & WOLFSON, PC**
      2600 West Olive Avenue, Suite 500
      Burbank, CA 91505
      Telephone: (310) 474-9111
      Fax: (310) 474-8585
      Email: *twolfson@ahdootwolfson.com*
      *tmaya@ahdootwolfson.com*
      *ddevilla@ahdootwolfson.com*
      *abrown@ahdootwolfson.com*

      *Attorneys for Plaintiffs*

Dated:   October 7, 2025

By:   */s/ Kamran B. Ahmadian*
      Bethany G. Lukitsch (SBN 314376)
      Kamran B. Ahmadian (SBN 314566)
      **BAKER & HOSTETLER LLP**
      1900 Avenue of the Stars, Suite 2700
      Los Angeles, CA 90067
      Telephone: (310) 820-8800
      Facsimile: (310) 820-8859
      Email: *blukitsch@bakerlaw.com*
      *kahmadian@bakerlaw.com*

      Cameron S. Friedman (SBN 336087)
      45 Rockefeller Plaza
      New York, NY 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      Email: *cfriedman@bakerlaw.com*

      *Attorneys for Defendant*
      TEA DATING ADVICE, INC.

## **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to Alyssa D. Brown, counsel for Plaintiffs, and that I have obtained Ms. Brown's authorization to affix her electronic signature to this document.

Dated: October 7, 2025                                By:  */s/ Kamran B. Ahmadian*
                                                                   Kamran B. Ahmadian

**[PROPOSED] ORDER**

The Court, having read and considered the stipulation filed by Plaintiffs Jane Doe 1 through Jane Doe 20 ("Plaintiffs") and Defendant Tea Dating Advice Inc. ("Defendant," and together with Plaintiffs, the "Parties"), and finding good cause therefor, **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED**; and
2. Defendant's deadline to answer or otherwise respond to Plaintiffs' FAC is extended to thirty (30) days after the filing of a consolidated amended complaint in this action.

**IT IS SO ORDERED.**

Dated: _October 7, 2025



_____
Hon. William H. Orrick
United States District Judge

- 4 -
STIPULATION EXTENDING DEFENDANT TEA DATING ADVICE INC.'S TIME TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT;
CASE NO. 3:25-cv-06321-WHO

**[PROPOSED] ORDER**

The Court, having read and considered the stipulation filed by Plaintiffs Jane Doe 1 through Jane Doe 20 ("Plaintiffs") and Defendant Tea Dating Advice Inc. ("Defendant," and together with Plaintiffs, the "Parties"), and finding good cause therefor, **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED**; and
2. Defendant's deadline to answer or otherwise respond to Plaintiffs' FAC is extended to thirty (30) days after the filing of a consolidated amended complaint in this action.

**IT IS SO ORDERED.**

Dated: _October 7, 2025



_____
Hon. William H. Orrick
United States District Judge