**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates To: Case No. 3:25-cv-06445 (Brown) | Civil Action No. 25-cv-06321-WHO<br><br>**PLAINTIFF JARELL BROWN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. William H. Orrick |

Plaintiff, Jarell Brown, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses any and all claims against Defendant, Tea Dating Advice, Inc., in this action, without prejudice.

Dated: October 8, 2025.

By: */s/ Kristen Lake Cardoso*
Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
cardoso@kolawyers.com

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and it was served thereby on all counsel of record.

*/s/ Kristen Lake Cardoso*
Kristen Lake Cardoso