UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** October 8, 2025 | **Time:** 38 minutes<br>2:03 p.m. to 2:41 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-06321-WHO | **Case Name:** Reyes v. Tea Dating Advice, Inc. | |

**Attorneys for Plaintiffs:**
Scott Cole, Anderson Berry, and LauraVan Note for **Reyes**
Tina Wolfson for **Does 2-20**

**Attorneys for Defendants:**
Kenneth Trujillo-Jamison for **X Corp**
Bethany Lukitsch, Kamram Ahmadian, and Safina Motiwala for **Tea Dating Advice Inc.**

**Deputy Clerk:** Jean Davis        **Court Reporter:** Marla Knox

PROCEEDINGS

Hearing on Motions to Appoint Interim Lead Counsel conducted in hybrid format with parties appearing in person and via videoconference.

The Court thanks proposed Interim Lead Counsels for their submissions and presentations. There was not a clear choice between the two groups. However, given the recognition of the sensitive nature of the information at the heart of this case, I found the more-targeted presentation of Tina Wolfson of Adhoot & Wolfson persuasive. Wolfson is hereby appointed as Interim Lead Counsel, but that decision may be revisited at Class Certification or at any other appropriate time.

Interim Lead and defense counsel shall meet and confer to set a briefing schedule with respect to the existing or amended Consolidated Class Action Complaint.

A further Case Management Conference is set for November 25, 2025 at 2:00 p.m. The parties may stipulate to reset the CMC to coincide with the hearing date on the motion to dismiss, if one is filed.