**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Alyssa D. Brown (SBN 301313)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*abrown@ahdootwolfson.com*

Melissa Clark (*pro hac vice* to be filed)
mclark@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177

*Attorneys for Plaintiffs and the Putative Class*

**WILLENKEN LLP**
Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
Eileen Ahern (Bar No. 216822)
eahern@willenken.com
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

*Counsel for Defendant X Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION | CASE NO.: 3:25-cv-06321-WHO |
| | Hon. Judge William H. Orrick |
| This Document Relates to: Case No. 3:25-cv-6325 | **STIPULATION TO STAY CLAIMS AGAINST DEFENDANT X CORP. FOR THIRTY DAYS** |
| | [*Proposed Order filed concurrently herewith*] |

1      Pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District

2 of California, Plaintiffs Jane Doe 1 through Jane Doe 20 ("Plaintiffs") and Defendant X Corp. ("X

3 Corp.," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record,

4 hereby stipulate as follows:

5      **WHEREAS,** Plaintiffs filed a Class Action Complaint against X Corp. on July 28, 2025 [Dkt.

6 No. 1];

7      **WHEREAS**, on September 23, 2025, Plaintiffs filed an amended complaint in *Doe v. Tea*

8 *Dating Advice, Inc.*, et al., Case No. 3:25-cv-06325-WHO;

9      **WHEREAS**, the Parties have been meeting and conferring regarding a potential resolution of

10 Plaintiffs' claims against X Corp., and seek a short stay of deadlines and proceedings against X Corp.

11 to further engage in negotiations;

12      **WHEREAS**, good cause exists for the requested stay because Plaintiffs and X Corp. are

13 engaged in active discussions regarding resolution and believe a short stay will facilitate potential

14 resolution without impacting the broader case schedule;

15      **WHEREAS**, in light of their meet and confer efforts, Plaintiffs and Defendant agree to stay

16 all deadlines and proceedings as to X Corp. for a period of 30 days;

17      **WHEREAS**, this stipulation concerns only the claims asserted against Defendant X Corp., and

18 all deadlines and obligations applicable to Tea Dating Advice, Inc. shall remain unchanged; and

19      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between

20 the undersigned counsel that all deadlines and proceedings as to Defendant X Corp. shall be stayed

21 for a period of 30 days from the Court's entry of an Order granting this Stipulation.

22

23 Dated: November 14, 2025                    Respectfully submitted,

24
                                             By: /s/ *Tina Wolfson*
25                                               Tina Wolfson (SBN 174806)
                                                 Theodore W. Maya (SBN 223242)
26                                               Alyssa D. Brown (SBN 301313)
                                                 **AHDOOT & WOLFSON, PC**
27                                               2600 West Olive Avenue, Suite 500
                                                 Burbank, CA 91505
28                                               Telephone: (310) 474-9111

STIPULATION TO STAY CLAIMS AGAINST DEFENDANT X CORP. FOR THIRTY DAYS;

Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*abrown@ahdootwolfson.com*

Melissa Clark (pro hac vice to be filed)
mclark@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile:  (917) 336-0177

*Attorneys for Plaintiffs and the Putative Class*

Dated: November 14, 2025                    Respectfully submitted,


By: /s/ *Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
Eileen Ahern (Bar No. 216822)
eahern@willenken.com
**WILLENKEN LLP**
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

*Counsel for Defendant X Corp.*

1    **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

2         Pursuant to Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to

3    counsel for Defendant X Corp., and that I have obtained counsel's authorization to affix his electronic

4    signature to this document.

5    Dated: November 14, 2025                    By: */s/ Tina Wolfson*

6                                                    Tina Wolfson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO STAY CLAIMS AGAINST DEFENDANT X CORP. FOR THIRTY DAYS