| | |
|---|---|
| **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>Theodore W. Maya (SBN 223242)<br>Alyssa D. Brown (SBN 301313)<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone: (310) 474-9111<br>Fax: (310) 474-8585<br>Email: *twolfson@ahdootwolfson.com*<br>*tmaya@ahdootwolfson.com*<br>*abrown@ahdootwolfson.com*<br><br>Melissa Clark (*pro hac vice* to be filed)<br>mclark@ahdootwolfson.com<br>**AHDOOT & WOLFSON, PC**<br>521 5th Avenue, 17th Floor<br>New York, NY 10175<br>Telephone: (917) 336-0171<br>Facsimile: (917) 336-0177<br><br>*Attorneys for Plaintiffs and the Putative Class* | **WILLENKEN LLP**<br>Kenneth M. Trujillo-Jamison (Bar No. 280212)<br>ktrujillo-jamison@willenken.com<br>Eileen Ahern (Bar No. 216822)<br>eahern@willenken.com<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240<br>Facsimile: (213) 955-9250<br><br>*Counsel for Defendant X Corp.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to: Case No. 3:25-cv-6325 | CASE NO.: 3:25-cv-06321-WHO<br><br>Hon. Judge William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CLAIMS AGAINST DEFENDANT X CORP. FOR THIRTY DAYS** |

1  The Court, having read and considered the stipulation filed by Plaintiffs Jane Doe 1 through
2  Jane Doe 20 ("Plaintiffs") and Defendant X Corp. ("X Corp.," and together with Plaintiffs, the
3  "Parties"), and finding good cause therefor, **HEREBY ORDERS THAT**:
4      1. The Stipulation is **GRANTED**; and
5      2. All deadlines and proceedings as to Defendant X Corp. shall be stayed for a period
6         of 30 days from the Court's entry of this Order.
7  **IT IS SO ORDERED.**

9  Dated: November 18, 2025



Hon. William H. Orrick
United States District Judge

---

1      CASE NO. 3:25-cv-06321-WHO
[PROPOSED] ORDER GRANTING STIPULATION TO STAY CLAIMS
AGAINST DEFENDANT X CORP. FOR THIRTY DAYS;