Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Melissa Clark (*pro hac vice*)
*mclark@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile:  (917) 336-0177

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br><br>This Document Relates to:<br>Case No. 3:25-cv-06325 | Case No. 3:25-cv-06321-WHO<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** |

1. I, Tina Wolfson, am an attorney at law licensed to practice in the State of California and in this District. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am a Founding Partner of Ahdoot & Wolfson, PC, and am one of the lead attorneys for Plaintiff in this matter. Pursuant to Local Rule 7-11, I submit this declaration in support of Plaintiffs Jane Doe and Jane Does 2-20's Administrative Motion to Proceed Under Pseudonym.

3. My firm has communicated with counsel for Defendant X Corp. regarding the concurrently filed stipulation to proceed under pseudonym. Counsel for Defendant X Corp. declined to sign on to the stipulation but represented that Defendant X Corp. does not plan to oppose the motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on November 19, 2025 in Burbank, California.

*/s/ Tina Wolfson*
Tina Wolfson