Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Alyssa D. Brown (SBN 301313)
abrown@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Melissa Clark (*pro hac vice*)
*mclark@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile:  (917) 336-0177

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION | Case No.  Case No.: 3:25-cv-06321-WHO |
| | Assigned to the Hon. William H. Orrick |
| This Document Relates to: Case No. 3:25-cv-06325 | **STIPULATION REGARDING PLAINTIFFS PROCEEDING UNDER PSEUDONYM** |

1    Pursuant to Local Rules 7-11 and 7-12, Plaintiffs Jane Doe and Jane Does 2-20 ("Plaintiffs")

2   in *Jane Doe, et al. v. Tea Dating Advice, Inc., et al.*, case number 3:25-cv-06325-WHO, and Defendant

3   Tea Dating Advice, Inc. ("Defendant") (collectively the "Parties") stipulate as follows:

4    WHEREAS, on August 7, 2025, Plaintiff Jane Doe filed an administrative motion to proceed

5   under pseudonym in Case No. 3:25-cv-06325;

6    WHEREAS, before Plaintiff Jane Doe's motion was ruled on, it was terminated, on September

7   10, 2025, when this action was consolidated;

8    WHEREAS, the amended complaint in this action was filed by Plaintiffs on September 23,

9   2025;

10    WHEREAS Plaintiffs are each named pseudonymously in the amended complaint;

11    WHEREAS Plaintiffs seek to proceed in this case pseudonymously for the reasons set forth in

12   the concurrently filed administrative motion;

13    WHEREAS Defendant does not object to Plaintiffs proceeding under pseudonyms;

14    WHEREAS Defendant agrees to refer to Plaintiffs by the pseudonyms Jane Doe and Jane Doe

15   2-20, respectively, in all filings and public proceedings;

16    WHEREAS the parties agree to redact all personally identifying information, including

17   Plaintiffs' true full names, from all filings consistent with Federal Rule of Civil Procedure 5.2;

18    NOW, THEREFORE, Plaintiffs and Defendant stipulate as follows:

19   (a) The Parties shall refer to Plaintiffs by pseudonyms Jane Doe and Jane Doe 2-20, respectively,

20    in all filings and public proceedings; and

21   (b) The Parties shall redact all personally identifying information, including Plaintiffs' true full

22    names, from all filings consistent with Federal Rule of Civil Procedure 5.2.

23

24    Respectfully submitted,

25   DATED: November 19, 2025    **AHDOOT & WOLFSON, PC**

26

27    By: */s/ Tina Wolfson*
     Tina Wolfson (SBN 174806)
     twolfson@ahdootwolfson.com
28

STIPULATION REGARDING PLAINTIFFS PROCEEDING UNDER PSEUDONYM

1   Theodore W. Maya (SBN 223242)
    tmaya@ahdootwolfson.com
2   Alyssa D. Brown (SBN 301313)
    abrown@ahdootwolfson.com
3   **AHDOOT & WOLFSON, PC**
    2600 W. Olive Avenue, Suite 500
4   Burbank, CA 91505
    Telephone: (310) 474-9111
5   Facsimile: (310) 474-8585

6
    Melissa Clark (*pro hac vice*)
7   *mclark@ahdootwolfson.com*
    **AHDOOT & WOLFSON, PC**
8   521 5th Avenue, 17th Floor
    New York, NY 10175
9   Telephone: (917) 336-0171
    Facsimile:  (917) 336-0177
10

11
    *Interim Lead Counsel for Plaintiffs and the Proposed*
12  *Class*

13
    DATED: November 19, 2025          */s/ Bethany Lukitsch*
14                                    Bethany G. Lukitsch
                                      Kamran B. Ahmadian
15                                    **BAKER & HOSTETLER LLP**
                                      1900 Avenue of the Stars, Suite 2700
16                                    Los Angeles, CA 90067
                                      Telephone: (310) 820-8800
17                                    Facsimile: (310) 820-8859
                                      Email: blukitsch@bakerlaw.com
18                                    kahmadian@bakerlaw.com

19
                                      Cameron S. Friedman (SBN 336087)
20                                    45 Rockefeller Plaza
                                      New York, NY 10111
21                                    Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
22                                    Email: cfriedman@bakerlaw.com

23
                                      *Counsel for Defendant Tea Dating Advice, Inc*
24

25

26

27

28

STIPULATION REGARDING PLAINTIFFS PROCEEDING UNDER PSEUDONYM

1

**<u>SIGNATURE CERTIFICATION</u>**

2        Pursuant to Rule 5.1 of the United States District Court for the Northern District of California

3   Local Rules, I hereby certify that the content of this document is acceptable to counsel for Defendant

4   Tea Dating Advice, Inc., and that I have obtained counsels' authorization to affix their electronic

5   signature to this document.

6

7

8   DATED: November 19, 2025        AHDOOT & WOLFSON, PC

9

10                                  By: */s/ Tina Wolfson*
                                    Tina Wolfson (SBN 174806)
11                                  twolfson@ahdootwolfson.com
                                    Theodore W. Maya (SBN 223242)
12                                  tmaya@ahdootwolfson.com
                                    Alyssa D. Brown (SBN 301313)
13                                  abrown@ahdootwolfson.com
                                    **AHDOOT & WOLFSON, PC**
14                                  2600 W. Olive Avenue, Suite 500
                                    Burbank, CA 91505
15                                  Telephone: (310) 474-9111
                                    Facsimile: (310) 474-8585
16

17                                  Melissa Clark (*pro hac vice*)
                                    *mclark@ahdootwolfson.com*
18                                  **AHDOOT & WOLFSON, PC**
                                    521 5th Avenue, 17th Floor
19                                  New York, NY 10175
                                    Telephone: (917) 336-0171
20                                  Facsimile:  (917) 336-0177

21

22                                  *Interim Lead Counsel for Plaintiffs and the Proposed*
                                    *Class*
23

24

25

26

27

28

STIPULATION REGARDING PLAINTIFFS PROCEEDING UNDER PSEUDONYM