UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to:<br>Case No. 3:25-cv-06325 | Case No.  Case No.: 3:25-cv-06321-WHO<br><br>Assigned to the Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** |

Upon consideration of Plaintiffs Jane Doe and Jane Does 2-20's Administrative Motion to Proceed Under Pseudonym, the Stipulation Regarding Plaintiffs Proceeding Under Pseudonym, and the Declaration of Tina Wolfson in Support of Plaintiffs' Administrative Motion to Proceed Under Pseudonym, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

(a) The parties shall refer to Plaintiffs by pseudonyms Jane Doe and Jane Doe 2-20, respectively, in all filings and public proceedings; and

1  (b) The parties shall redact all personally identifying information, including Plaintiffs' true full
2  names, from all filings consistent with Federal Rule of Civil Procedure 5.2(e)(1).

3  **IT IS SO ORDERED**

4

5  DATED: November 25, 2025  _____
6  HON. WILLIAM H. ORRICK
   UNITED STATES DISTRICT COURT JUDGE