Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to:<br><br>*Doe v. Tea Dating Advice Inc., et al.*, No. 25-cv-06325 | Case No. 3:25-cv-06321-WHO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) OF CLAIMS AGAINST DEFENDANT X CORP. ONLY** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe and Jane Does 2-20 ("Plaintiffs"), by and through undersigned counsel of record, hereby voluntarily dismiss their individual claims alleged in the class action against Defendant X Corp. in their entirety, without prejudice.

Plaintiffs' claims against X Corp. were filed in *Doe v. Tea Dating Advice, Inc., et, al*, Case No. 3:25-cv-06325, which is now part of the above-captioned Consolidated Action, pursuant to the Court's September 9, 2025, order.

For clarity, Plaintiffs' claims against defendant Tea Dating Advice, Inc. are <u>not</u> being dismissed by this notice.

Dismissal of Plaintiffs' individual claims is proper via notice because X Corp. has not yet served its answer or a motion for summary judgment.

Dated: December 19, 2025                    Respectfully submitted,

*/s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Counsel for Plaintiff and the Proposed Class*