# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 6, 2026 | **Time:** 6 minutes<br>2:46 p.m. to 2:52 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-06321-WHO | **Case Name:** Reyes v. Tea Dating Advice, Inc. | |

**Attorneys for Plaintiffs:** Tina Wolfson and Melissa Clark
**Attorneys for Defendant:** Bethany G. Lukitsch and Kamran B. Ahmadian

**Deputy Clerk:** Jean Davis                     **Court Reporter:** Andrea Bluedorn

## PROCEEDINGS

Case Management Conference conducted via videoconference. An early private mediation with Judge Andler has been set for later this month.

The parties' proposed schedule is adopted, and the hearing on Motion for Class Certification is set for **March 24, 2027 at 2:00 p.m.**

A further case management conference will be held after the hearing on the motion to dismiss. The parties shall file a Joint Case Management Conference Statement one week prior to that hearing.