1   Bethany G. Lukitsch (SBN 314376)
    *blukitsch@bakerlaw.com*
2   Kamran B. Ahmadian (SBN 314566)
    *kahmadian@bakerlaw.com*
3   Alexis Cruz (SBN 312842)
    *acruz@bakerlaw.com*
4   **BAKER & HOSTETLER LLP**
    1900 Avenue of the Stars, Suite 2700
5   Los Angeles, CA 90067
    Telephone: (310) 820-8800
6   Facsimile: (310) 820-8859

7   *Attorneys for Defendant*
    TEA DATING ADVICE, INC.
8

9   Tina Wolfson (SBN 174806)
    *twolfson@ahdootwolfson.com*
10  Alyssa D. Brown (SBN 301313)
    *abrown@ahdootwolfson.com*
11  Sarper Unal (SBN 341739)
    *sunal@ahdootwolfson.com*
12  **AHDOOT & WOLFSON, PC**
    2600 W. Olive Avenue, Suite 500
13  Burbank, CA 91505
    Telephone: (310) 474-9111
14  Facsimile: (310) 474-8585

15  *Interim Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 3:25-cv-06321-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PARTIES' DEADLINE TO FILE PROPOSED ESI PROTOCOL AND PROTECTIVE ORDER**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Local Civil Rule 6-2(a) of the United States District Court for the Northern District of California, Plaintiffs Jane Doe-Jane Doe 21 (collectively, "Plaintiffs") and Tea Dating Advice, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby enter into this Stipulation and [Proposed] Order to Extend Parties' Deadline to File Proposed ESI Protocol and Protective Order ("Stipulation") based on the following facts:

**WHEREAS**, on December 1, 2025, the Parties filed a Stipulation and [Proposed] Interim Protective Order, which this Court granted that same day;

**WHEREAS**, the Parties have been engaging in meaningful pre-mediation discovery pursuant to the Interim Protective Order;

**WHEREAS**, on December 30, 2025, the Parties filed their Amended Joint Case Management Statement and [Proposed] Order setting the Parties' deadline to file a proposed ESI Protocol and Protective Order by January 12, 2026;

**WHEREAS**, on January 6, 2026, the Case Management Conference was held, and the Honorable William H. Orrick adopted the Parties' proposed schedule;

**WHEREAS**, the Parties are still meeting and conferring on the terms of the proposed ESI Protocol and Protective Order;

**WHEREAS**, to allow sufficient time for the Parties to carefully consider the proposed revisions to the proposed ESI Protocol and Protective Order, the Parties have agreed to extend the deadline to file the same on or before January 20, 2026;

**WHEREAS**, this is the first extension sought by the Parties to extend the deadline to file the proposed ESI Protocol and Protective Order;

**WHEREAS**, the foregoing agreement was reached for good cause and as a result of good faith meet and confer communications between undersigned counsel for the Parties; and

**WHEREAS**, the extension stipulated herein does not alter the date of additional events or deadlines already fixed by Court Order.

//

//

//

1

STIPULATION & [PROPOSED] ORDER TO EXTEND PARTIES' DEADLINE TO FILE PROPOSED ESI PROTOCOL & PROTECTIVE ORDER; CASE NO. 3:25-cv-06321-WHO

1     Now, therefore, **IT IS HEREBY STIPULATED** by and between the Parties, subject Court approval, that:

    1.     The Parties shall file a proposed ESI Protocol and Protective Order on or before **January 20, 2026**.

Dated: January 12, 2026                    Respectfully submitted,

    */s/ Alexis Cruz*
Bethany G. Lukitsch (SBN 314376)
*blukitsch@bakerlaw.com*
Kamran B. Ahmadian (SBN 314566)
*kahmadian@bakerlaw.com*
Alexis Cruz (SBN 312842)
*acruz@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

*Counsel for Defendant* TEA DATING ADVICE, INC.

*/s/ Melissa Clark*
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
Sarper Unal (SBN 341739)
*sunal@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Melissa Clark (*pro hac vice*)
*mclark@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that the content of this document is acceptable to Melissa Clark, counsel for Plaintiffs, and that I have obtained Ms. Clark's authorization to affix her electronic signature to this document.

Dated: January 12, 2026                              By: */s/ Alexis Cruz*
                                                          Alexis Cruz

**[PROPOSED] ORDER**

The Court, having read and considered the Stipulation filed by Plaintiffs Jane Doe-Jane Doe 21 (collectively, "Plaintiffs") and Defendant Tea Dating Advice, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), and finding good cause therefor, **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED**; and
2. The Parties' deadline to file the proposed ESI Protocol and Protective Order is extended up to and including **January 20, 2026**.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE