1  Bethany G. Lukitsch (SBN 314376)
   *blukitsch@bakerlaw.com*
2  Kamran B. Ahmadian (SBN 314566)
   *kahmadian@bakerlaw.com*
3  Alexis Cruz (SBN 312842)
   *acruz@bakerlaw.com*
4  **BAKER & HOSTETLER LLP**
   1900 Avenue of the Stars, Suite 2700
5  Los Angeles, CA 90067
   Telephone: (310) 820-8800
6  Facsimile: (310) 820-8859

7  *Attorneys for Defendant*
   TEA DATING ADVICE, INC.
8
   Tina Wolfson (SBN 174806)
9  *twolfson@ahdootwolfson.com*
   Alyssa D. Brown (SBN 301313)
10 *abrown@ahdootwolfson.com*
   Sarper Unal (SBN 341739)
11 *sunal@ahdootwolfson.com*
12 **AHDOOT & WOLFSON, PC**
   2600 W. Olive Avenue, Suite 500
13 Burbank, CA 91505
   Telephone: (310) 474-9111
14 Facsimile: (310) 474-8585
15
   *Interim Lead Counsel for Plaintiffs and the Proposed Class*
16

17                    **UNITED STATES DISTRICT COURT**
18                    **NORTHERN DISTRICT OF CALIFORNIA**
19                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 3:25-cv-06321-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO BRIEFLY EXTEND DEADLINES TO (1) RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT AND (2) FILE PROTECTIVE ORDER AND ESI PROTOCOL**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Local Civil Rule 6-2(a) of the United States District Court for the Northern District of California, Plaintiffs Jane Doe-Jane Doe 21 (collectively, "Plaintiffs") and Defendant Tea Dating Advice, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby enter into this Stipulation and [Proposed] Order to Extend Deadlines to (1) Respond to Plaintiffs' Consolidated Class Action Complaint and (2) File Protective Order and ESI Protocol ("Stipulation") based on the following facts:

**WHEREAS**, on July 28, 2025, Plaintiffs filed an initial Class Action Complaint against Defendant [Dkt. No. 1];

**WHEREAS**, on August 19, 2025, the Parties filed a Stipulation to Extend Defendant's Time to Respond to the Complaint wherein the Parties agreed to extend the time for Defendant to answer or otherwise respond to the initial Class Action Complaint to thirty (30) days "after the filing of a consolidated complaint in the consolidated action, or, if the Court denies the Motion to Consolidate, 30 days after that order" [Dkt. No. 26];

**WHEREAS**, on September 9, 2025, the Court granted Plaintiff Jane Doe's Motion to Consolidate [Dkt. No. 42];

**WHEREAS**, on September 23, 2025, Plaintiffs filed an Amended Class Action Complaint against Defendant [Dkt. No. 49];

**WHEREAS**, on October 7, 2025, the Parties filed a Stipulation to Extend Defendant's Time to Respond to the Amended Class Action Complaint wherein the Parties agreed to extend the time for Defendant to answer or otherwise respond to the Amended Class Action Complaint to thirty (30) days "after the filing of a consolidated complaint in the consolidated action" [Dkt. No. 57];

**WHEREAS**, on October 8, 2025, the Court appointed interim lead counsel and ordered said counsel to file a consolidated complaint that would become the operative complaint [Dkt. No. 63];

**WHEREAS**, on December 23, 2025, Plaintiffs filed a Consolidated Class Action Complaint against Defendant [Dkt. No. 79];

**WHEREAS**, on January 6, 2026, the Court adopted the Parties' proposed schedule setting the deadline for Tea to answer or otherwise respond to the Consolidated Class Action Complaint for

1

STIPULATION & [PROPOSED] ORDER TO BRIEFLY EXTEND DEADLINES TO (1) RESPOND TO CONSOLIDATED COMPLAINT AND (2) FILE PO AND ESI PROTOCOL;
CASE NO. 3:25-cv-06321-WHO

January 22, 2026 [Dkt. No. 82];

**WHEREAS**, on January 21, 2026, the Parties engaged in an all-day mediation with Hon. Gail Andler (Ret.);

**WHEREAS**, the Parties agree to briefly extend the deadline for Tea to answer or otherwise respond to the Consolidated Class Action Complaint by seven (7) days, up to and including January 29, 2026, in order to facilitate the Parties' good faith efforts to continue discussing a potential resolution of the claims alleged therein;

**WHEREAS**, this is the first extension sought by the Parties to extend the deadline to answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint;

**WHEREAS**, the Parties are also continuing to meet and confer on the terms of the proposed ESI Protocol and Protective Order;

**WHEREAS**, to allow sufficient time for the Parties to carefully consider the proposed revisions to the ESI Protocol and Protective Order, the Parties have agreed to briefly extend the deadline to file the same, up to and including January 29, 2026;

**WHEREAS**, the foregoing agreements were reached for good cause, not for any improper purpose, and as a result of good faith meet and confer communications between undersigned counsel for the Parties; and

**WHEREAS**, the extensions stipulated herein do not alter the date of additional events or deadlines already fixed by Court Order.

Now, therefore, **IT IS HEREBY STIPULATED** by and between the Parties, subject Court approval, that:

1. The deadline for Tea to answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint is extended by seven (7) days from January 22, 2026, up to and including **January 29, 2026**; and

2. The deadline for the Parties to file a proposed ESI Protocol and Protective Order is extended, up to and including **January 29, 2026**.

/ / /

| | |
|---|---|
| 1    Dated: January 21, 2026 | Respectfully submitted, |

*/s/ Kamran B. Ahmadian*
Bethany G. Lukitsch (SBN 314376)
*blukitsch@bakerlaw.com*
Kamran B. Ahmadian (SBN 314566)
*kahmadian@bakerlaw.com*
Alexis Cruz (SBN 312842)
*acruz@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

*Counsel for Defendant*
TEA DATING ADVICE, INC.


*/s/ Melissa Clark*
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
Sarper Unal (SBN 341739)
*sunal@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Melissa Clark (*pro hac vice*)
*mclark@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that the content of this document is acceptable to Melissa Clark, counsel for Plaintiffs, and that I have obtained Ms. Clark's authorization to affix her electronic signature to this document.

Dated: January 21, 2026                              By: */s/ Kamran B. Ahmadian*
                                                          Kamran B. Ahmadian

**[PROPOSED] ORDER**

The Court, having read and considered the Stipulation filed by Plaintiffs Jane Doe-Jane Doe 21 (collectively, "Plaintiffs") and Defendant Tea Dating Advice, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), and finding good cause therefor, **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED**;
2. The deadline for Tea to answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint is extended by seven (7) days from January 22, 2026, up to and including **January 29, 2026**; and
3. The deadline for the Parties to file a proposed ESI Protocol and Protective Order is extended, up to and including **January 29, 2026**.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE