United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA REYES, et al., Plaintiffs, v. TEA DATING ADVICE, INC., Defendant. | Case No. 25-cv-06321-WHO **ORDER RE SUPERIOR COURT REQUEST** |

The Court received an emailed copy of the Order in Advance of Hearing Motion to Stay entered by the Hon. Jeffrey S. Ross in the Superior Court of California, County of San Francisco, in *Clymer, et. al. v Tea Dating Advice Inc*., CGC-25-627767, consolidated with two other cases in that court. Judge Ross asked that I receive a copy of his order and give my perspective whether it would be preferable to stay the consolidated cases before him without prejudice and allow plaintiffs' counsel to move to dissolve the stay if circumstances warrant, or to deny the stay and coordinate with the cases pending here. A copy of Judge Ross's Order is attached.

I do not see any benefit to coordinating the state and federal cases. It appears that the cases will seek the same relief for substantially similar classes. I will proceed with the federal cases and have no disagreement with any way Judge Ross wants to proceed, including granting a stay, which has the benefit of avoiding duplication of discovery and other litigation efforts. I have telephoned Judge Ross and conveyed these thoughts to him.

**IT IS SO ORDERED.**

Dated: January 29, 2026

William H. Orrick
United States District Judge

FILED
San Francisco County Superior Court

JAN 21 2026

CLERK OF THE COURT
BY: [signature] Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DESIRAE CLYMER, JONNESHA SORRELS, and DIEISHA HODGES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEA DATING ADVICE INC.<br><br>Defendant. | Lead Case No. CGC-25-627767<br><br>*Consolidated with Case No. CGC-25-628530 and Case No. CGC-25-628994*<br><br>ORDER IN ADVANCE OF HEARING MOTION TO STAY |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE INC.<br><br>Defendant. | |
| LAKISHIA JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE INC.<br><br>Defendant. | |

     The court received and reviewed plaintiffs' opposition to the motion to stay filed on behalf of plaintiffs DESIRAE CLYMER, JONNESHA SORRELS, and DIEISHA HODGES by Audet & Partners, LLP. The tentative ruling is to grant the stay. However, in view of the Clymer plaintiffs' argument that the court consider coordinating the consolidated state actions with the federal actions before Judge William H. Orrick, as described in Exhibit B to the opposition, the court hereby solicits Judge Orrick's perspective.

IT IS HEREBY ORDERED that Counsel for Jane Doe and Tea Dating Advice, Inc. shall provide a copy of this order to Judge Orrick and ask whether, from his court's perspective, it would be preferable to: stay the consolidated *Clymer, Doe,* and *Jackson* cases without prejudice and allow plaintiffs' counsel to move to dissolve the stay if circumstances warrant; or to deny the stay and to coordinate with the federal cases pending before Judge Orrick.

Dated: January 21, 2026

Jeffrey S. Ross

JEFFREY S. ROSS
Judge of the Superior Court

**CERTIFICATE OF ELECTRONIC SERVICE**
(CCP 1010.6(6) & CRC 2.260(g))

I, Danial Lemire, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On January 21, 2026, I electronically served the attached document via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated: January 21, 2026,

Brandon Riley, Clerk

By: ______________________________
Danial Lemire, Deputy Clerk