1

**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)

2
Kamran B. Ahmadian (SBN 314566)
Alexis Cruz (SBN 312842)

3
1900 Avenue of the Stars | Suite 2700
Los Angeles, CA 90067-4508

4
Telephone: 310.820.8800
Facsimile: 310.820.8859

5
Email:      *blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

6
*acruz@bakerlaw.com*

7
*Attorneys for Defendant*
TEA DATING ADVICE, INC.

8

9

10
**UNITED STATES DISTRICT COURT**

11
**NORTHERN DISTRICT OF CALIFORNIA**

12

13
IN RE: TEA DATING ADVICE DATA
BREACH LITIGATION

Case No. 3:25-cv-06321-WHO

14
[*Assigned to Hon. William H. Orrick*]

15
This Document Relates to: All Actions

**DECLARATION OF ELIZABETH BARADI IN SUPPORT OF DEFENDANT TEA DATING ADVICE INC.'S MOTION TO DISMISS**

16

17
*[Filed Concurrently with Notice of Motion and Motion to Dismiss; Declaration of Bethany G. Lukitsch; and [Proposed] Order]*

18

19
**Hearing Information:**

20
**Date:      April 1, 2026**

21
**Time:      2:00 p.m.**
**Dept:      8**

22
Action Filed: July 28, 2025

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  **DECLARATION OF ELIZABETH BARADI**

2  I, Elizabeth Baradi, hereby declare and state as follows:

3  1.      My name is Elizabeth Baradi. I am a Project Manager Epiq Class Action & Claims

4  Solutions, Inc. ("Epiq").  I have personal knowledge of the matters set forth herein, and I believe

5  them to be true and correct.  I submit this declaration in support of Defendant Tea Dating Advice,

6  Inc.'s ("Tea") Motion to Dismiss ("Motion").

7  2.      I served as lead Project Manager that handled the review and processing of

8  notification letters for the Tea Data Incident that occurred on July 24-25, 2025.  My team reviewed

9  the images in the affected Tea file storage location and identified any images that contained personal

10  information that would require notification under the applicable state data breach law.  In total, we

11  determined that the images contained personal information of 4,244 individuals that required

12  notification under that person's respective state statute.

13  3.      I have received the names of the twenty-one named Plaintiffs in the above-entitled

14  action from Tea's counsel as well as their state of residence. Prior to receiving the names of the Doe

15  Plaintiffs, I reviewed and signed Exhibit A to the Interim Protective Order.

16  4.      Based on my review, the following Doe Plaintiffs <u>are not</u> included in the list of 4,244

17  individuals who received notice pursuant to applicable state data breach laws:

18  i.Jane Doe 3;

19  ii.Jane Doe 6;

20  iii.Jane Doe 8;

21  iv.Jane Doe 9;

22  v.Jane Doe 10;

23  vi.Jane Doe 17;

24  vii.Jane Doe 21.

25  I declare under penalty of perjury, under the laws of the State of California, that the foregoing

26  is true and correct.

27  \\

28  \\

1

1      Executed this 29th of January 2026, at Beaverton, Oregon.

2

3

4                                                            Signed by:

                                                             El. JB.

                                                             3A4C139FA4804CB...

                                                    ELIZABETH BARADI

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF ELIZABETH BARADI ISO DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:25-CV-06321-WHO