1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION | Case No. 3:25-cv-06321-WHO |
| | *[Assigned to Hon. William H. Orrick]* |
| This Document Relates to:  All Actions | **[PROPOSED] ORDER GRANTING DEFENDANT TEA DATING ADVICE INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |
| | *[Filed Concurrently with Notice of Motion and Motion to Dismiss; Declaration of Bethany G. Lukitsch; and Declaration of Elizabeth Baradi]* |
| | **Date:    April 1, 2026**<br>**Time:    2:00 p.m.**<br>**Dept.:   8** |
| | Action Filed:     July 28, 2025 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER**

Defendant Tea Dating Advice Inc.'s ("Tea") Motion to Dismiss Plaintiffs Jane Doe, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8, Jane Doe 9, Jane Doe 10, Jane Doe 11, Jane Doe 12, Jane Doe 13, Jane Doe 14, Doe 15, Jane Doe 16, Jane Doe 17, Jane Doe 18, Jane Doe 19, Jane Doe 20, and Jane Doe 21's (collectively, "Plaintiffs") Consolidated Class Action Complaint ("Motion to Dismiss") was heard on March 25, 2026 at 2:00 p.m. by this Court.  Having considered all papers filed in support of and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, and for good cause appearing:

**IT IS HEREBY ORDERED THAT**:

1.    Tea's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint is **GRANTED**; and

2.    All claims for relief against Tea are hereby **DISMISSED** with prejudice without leave to amend.

**IT IS SO ORDERED.**


Dated: _____, 2026

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE