Bethany G. Lukitsch (SBN 314376)
blukitsch@bakerlaw.com
Kamran B. Ahmadian (SBN 314566)
kahmadian@bakerlaw.com
Alexis Cruz (SBN 312842)
acruz@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

*Attorneys for Defendant*
TEA DATING ADVICE, INC.

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Alyssa D. Brown (SBN 301313)
abrown@ahdootwolfson.com
Sarper Unal (SBN 341739)
sunal@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION<br><br>This Document Relates to: All Actions | Case No. 3:25-cv-06321-WHO<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER TO BRIEFLY EXTEND DEADLINE TO FILE PROTECTIVE ORDER AND ESI PROTOCOL**<br><br>Judge: Hon. William H. Orrick |

1  Pursuant to Local Civil Rule 6-2(a) of the United States District Court for the Northern District
2  of California, Plaintiffs Jane Doe-Jane Doe 21 (collectively, "Plaintiffs") and Defendant Tea Dating
3  Advice, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their
4  undersigned counsel of record, hereby enter into this Further Stipulation and [Proposed] Order to
5  Briefly Extend Deadline to File Protective Order and ESI Protocol based on the following facts:

**WHEREAS**, on December 1, 2025, the Parties filed a Stipulation and [Proposed] Interim Protective Order, which this Court granted that same day [Dkt. Nos. 76-77];

**WHEREAS**, on January 6, 2026, the Court adopted the Parties' proposed schedule setting the Parties' deadline to file a proposed ESI Protocol and Protective Order by January 12, 2026 [Dkt. No. 82];

**WHEREAS**, on January 12, 2026, the Parties stipulated to briefly extend the deadline to file a proposed ESI Protocol and Protective Order up to and including January 20, 2026, which the Court granted on January 13, 2026 [Dkt. Nos. 83-84];

**WHEREAS**, on January 21, 2026, the Parties engaged in an all-day mediation with Hon. Gail Andler (Ret.);

**WHEREAS**, on January 22, 2026, the Parties stipulated to briefly extend the deadline to file a proposed ESI Protocol and Protective Order up to and including January 29, 2026, which the Court granted that same day [Dkt. Nos. 85-86];

**WHEREAS**, the Parties have reached an agreement on an ESI Protocol and require additional time to discuss a narrow dispute as to the Protective Order;

**WHEREAS**, to allow sufficient time for the Parties to complete these discussions, the Parties agree to briefly extend the deadline for the Parties to file the Protective Order and ESI Protocol by seven (7) days, up to and including February 5, 2026;

**WHEREAS**, the foregoing agreement was reached for good cause, not for any improper purpose, and as a result of good faith meet and confer communications between undersigned counsel for the Parties; and

**WHEREAS**, the extension stipulated herein does not alter the date of additional events or deadlines already fixed by Court Order.

1

FURTHER STIPULATION & [PROPOSED] ORDER TO BRIEFLY EXTEND DEADLINE TO FILE PO AND ESI PROTOCOL; CASE NO. 3:25-CV-06321-WHO

Now, therefore, **IT IS HEREBY STIPULATED** by and between the Parties, subject Court approval, that:

1. The deadline for the Parties to file a proposed Protective Order and ESI Protocol is extended by seven (7) days, up to and including **February 5, 2026**.

Dated: January 30, 2026

Respectfully submitted,

*/s/ Alexis Cruz*
Bethany G. Lukitsch (SBN 314376)
*blukitsch@bakerlaw.com*
Kamran B. Ahmadian (SBN 314566)
*kahmadian@bakerlaw.com*
Alexis Cruz (SBN 312842)
*acruz@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

*Counsel for Defendant* TEA DATING ADVICE, INC.


*/s/ Melissa Clark*
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
Sarper Unal (SBN 341739)
*sunal@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Melissa Clark (*pro hac vice*)
*mclark@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that the content of this document is acceptable to Melissa Clark, counsel for Plaintiffs, and that I have obtained Ms. Clark's authorization to affix her electronic signature to this document.

Dated: January 30, 2026                         By: */s/ Alexis Cruz*
                                                    Alexis Cruz

**[PROPOSED] ORDER**

The Court, having read and considered the Stipulation filed by Plaintiffs Jane Doe-Jane Doe 21 (collectively, "Plaintiffs") and Defendant Tea Dating Advice, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), and finding good cause therefor, **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED**;
2. The deadline for the Parties to file a proposed Protective Order and ESI Protocol is extended by seven (7) days, up to and including **February 5, 2026**.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

4

FURTHER STIPULATION & [PROPOSED] ORDER TO BRIEFLY EXTEND DEADLINE TO FILE PO AND ESI PROTOCOL; CASE NO. 3:25-CV-06321-WHO