**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: *blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

Cameron S. Friedman (SBN 336087)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: *cfriedman@bakerlaw.com*

*Attorneys for Defendant*
TEA DATING ADVICE, INC.

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
Alyssa D. Brown (SBN 301313)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
*abrown@ahdootwolfson.com*

*Attorneys for* Doe Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION | CASE NO.: 3:25-cv-06321-WHO <br><br> Hon. Judge William H. Orrick <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER SETTING SCHEDULE TO MOVE FOR LEAVE TO AMEND OR RESPOND TO MOTION TO DISMISS** |

Pursuant to Civil Local Rule 6-1(a) of the United States district Court for the Northern District of California, Plaintiffs Jane Doe 1 through Jane Doe 21 ("Plaintiffs") and Defendant Tea Dating Advice Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** on September 23, 2025, Plaintiff Jane Doe and Jane Does 2-20 filed an amended class action complaint [3:2025-cv-06321, ECF No. 49];

**WHEREAS,** on October 8, 2025, the Court appointed lead counsel [3:25-cv-06325, ECF No. 63];

**WHEREAS**, on December 23, 2025, lead counsel, on behalf of Plaintiffs Jane Doe and Jane Does 2-21, filed a Consolidated Class Action Complaint ("Consolidated Complaint") [3:25-cv-06325, ECF No. 79];

**WHEREAS**, on January 20, 2026, the Parties participated in full day mediation with Hon. Gail A. Andler (Ret.);

**WHEREAS**, Defendant moved to dismiss the Consolidated Complaint on January 29, 2026 [3:25-cv-06325, ECF No. 88];

**WHEREAS**, Plaintiffs' response to that motion to dismiss is due March 2, 2026;

**WHEREAS**, Defendant is unwilling to stipulate to the amendment of the Consolidated Complaint;

**WHEREAS**, with the continued assistance of the mediator, the Parties are continuing to engage in good-faith discussions about a potential resolution of this matter, and wish to allow time for that discussion to occur before Plaintiffs either oppose Defendant's motion to dismiss or seek leave to file an amended complaint;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1. Plaintiffs' deadline to respond to Defendant's motion to dismiss or move for leave to amend their complaint is **April 1, 2026**;

2. If Plaintiffs move for leave to amend their complaint, Plaintiffs' deadline to respond to Defendant's motion to dismiss [ECF No. 88] is stayed pending resolution of the motion for leave to amend;

3. If the Court **grants** Plaintiffs' motion for leave to amend their complaint:

   a. Defendant's deadline to answer or otherwise respond to the amended complaint is **45 days** after the filing of the amended complaint;

   b. Plaintiffs' deadline to oppose any new motion to dismiss is **45 days** after the motion is filed;

   c. Defendant's deadline to file a reply is **20 days** after the opposition is filed.

4. If the Court **denies** Plaintiffs' motion for leave to amend their complaint:

   a. Plaintiffs' deadline to oppose Defendant's motion to dismiss [ECF No. 88] is **45 days** after the entry of the Court's order;

   b. Defendant's deadline to file a reply is **20 days** after the opposition is filed.

Dated: February 26, 2026

Respectfully submitted,

By: */s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
Alyssa D. Brown (SBN 301313)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
*abrown@ahdootwolfson.com*

*Attorneys for Plaintiffs*

Dated: February 26, 2026

By: */s/ Kamran B. Ahmadian*
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067

STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE
CASE NO. 3:25-cv-06321-WHO

Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email:*blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

Cameron S. Friedman (SBN 336087)
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
Email: *cfriedman@bakerlaw.com*

*Attorneys for Defendant*
TEA DATING ADVICE, INC.

**IT IS SO ORDERED.**

Dated: February 26, 2026

_____
Hon. William H. Orrick
United States District Judge

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to Kamran B. Ahmadian, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: February 26, 2026                           By:  */s/ Tina Wolfson*