**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859
Email: *blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

Cameron S. Friedman (SBN 336087)
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
Email: *cfriedman@bakerlaw.com*

*Attorneys for Defendant*
TEA DATING ADVICE, INC.

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
Alyssa D. Brown (SBN 301313)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
*abrown@ahdootwolfson.com*

*Attorneys for* Doe Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION | Case No.: 3:25-cv-06321-WHO |
| | Hon. Judge William H. Orrick |
| | **STIPULATION AND [~~PROPOSED~~] ORDER STAYING ALL DEADLINES** |

Pursuant to Civil Local Rule 6-1(a) of the United States district Court for the Northern District of California, Plaintiffs Jane Doe 1 through Jane Doe 21 ("Plaintiffs") and Defendant Tea Dating Advice Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** on September 23, 2025, Plaintiff Jane Doe and Jane Does 2-20 filed an amended class action complaint [ECF No. 49];

**WHEREAS,** on October 8, 2025, the Court appointed lead counsel [ECF No. 63];

**WHEREAS**, on December 23, 2025, lead counsel, on behalf of Plaintiffs Jane Doe and Jane Does 2-21, filed a Consolidated Class Action Complaint ("Consolidated Complaint") [ECF No. 79];

**WHEREAS**, on January 20, 2026, the Parties participated in a full day mediation with Hon. Gail A. Andler (Ret.);

**WHEREAS**, Defendant moved to dismiss the Consolidated Complaint on January 29, 2026 [ECF No. 88];

**WHEREAS**, Plaintiffs' response to that motion to dismiss is currently due July 1, 2026 [ECF No. 104];

**WHEREAS**, the Parties have reached a settlement in principle and seek a stay of sixty days to reach final agreement on the terms thereto;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1. All deadlines in this action are hereby stayed for a period of sixty days; and

2. The Parties shall file a status report on or before **August 31, 2026**, informing the Court of the status of the settlement.

Dated:    June 30, 2026                    Respectfully submitted,

By:    */s/ Tina Wolfson*
      Tina Wolfson (SBN 174806)
      Alyssa D. Brown (SBN 301313)
      **AHDOOT & WOLFSON, PC**
      2600 West Olive Avenue, Suite 500
      Burbank, CA 91505

1

Telephone: (310) 474-9111
Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
   *abrown@ahdootwolfson.com*

*Attorneys for Plaintiffs*

Dated: June 30, 2026

By: /s/ Kamran B. Ahmadian
   Bethany G. Lukitsch (SBN 314376)
   Kamran B. Ahmadian (SBN 314566)
   **BAKER & HOSTETLER LLP**
   1900 Avenue of the Stars, Suite 2700
   Los Angeles, CA 90067
   Telephone: (310) 820-8800
   Facsimile: (310) 820-8859
   Email: *blukitsch@bakerlaw.com*
     *kahmadian@bakerlaw.com*

   Cameron S. Friedman (SBN 336087)
   45 Rockefeller Plaza
   New York, NY 10111
   Telephone:  (212) 589-4200
   Facsimile:  (212) 589-4201
   Email: *cfriedman@bakerlaw.com*

   *Attorneys for Defendant*
   TEA DATING ADVICE, INC.

**IT IS SO ORDERED.**

Dated:  June 30, 2026

Hon. William H. Orrick
United States District Judge

2

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to Kamran B. Ahmadian, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: June 30, 2026                    By: */s/ Tina Wolfson*
                                             Tina Wolfson