**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: *blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

Cameron S. Friedman (SBN 336087)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: *cfriedman@bakerlaw.com*

*Attorneys for Defendant*
TEA DATING ADVICE, INC.

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
Alyssa D. Brown (SBN 301313)
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
*abrown@ahdootwolfson.com*

*Attorneys for* Doe Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TEA DATING ADVICE DATA BREACH LITIGATION | Case No.: 3:25-cv-06321-WHO<br><br>Hon. Judge William H. Orrick<br><br>**JOINT REPORT REGARDING STATUS OF SETTLEMENT** |

Pursuant to the Court's June 30, 2026, Stipulated Order Staying All Deadlines (ECF No. 106), Plaintiffs Jane Doe 1 through Jane Doe 21 ("Plaintiffs") and Defendant Tea Dating Advice Inc. ("Defendant," and together with Plaintiffs, the "Parties"), respectfully submit this status report informing the Court of the status of the settlement.

The Parties are continuing to negotiate the final terms of a settlement agreement. The parties anticipate that the terms will be finalized, and the settling Plaintiffs will be able to present that settlement to the Court for preliminary approval, within 60 days, i.e., by October 30, 2026.

Accordingly, the Parties respectfully request that the Court continue to stay all deadlines in this case.

Unless the Court orders otherwise, the Parties will submit a second joint report informing the Court of the status of the settlement, or a motion for preliminary approval of the settlement, on or before October 30, 2026.

Dated: August 31, 2026

Respectfully submitted,

By: */s/ Tina Wolfson*
Tina Wolfson (SBN 174806)
Alyssa D. Brown (SBN 301313)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Fax: (310) 474-8585
Email: *twolfson@ahdootwolfson.com*
*abrown@ahdootwolfson.com*

*Attorneys for Plaintiffs*

Dated: August 31, 2026

By: */s/ Kamran B. Ahmadian*
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Email: *blukitsch@bakerlaw.com*
*kahmadian@bakerlaw.com*

Cameron S. Friedman (SBN 336087)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: *cfriedman@bakerlaw.com*

*Attorneys for Defendant*
TEA DATING ADVICE, INC.

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to Kamran B. Ahmadian, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: August 31, 2026

By: */s/ Tina Wolfson*
Tina Wolfson